**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FORD, JOHN | ) | |
| | ) | CASE NO. 06-06158 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:      Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432
>
> on:     **February 8, 2008**
> at:      **9:15 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. Receipts | $ | 27,056.78 |
| b. Disbursements | $ | 0.00 |
| c. Net Cash Available for Distribution | $ | 27,056.78 |

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | | Fees Now Requested | | Expenses |
|---|---|---|---|---|---|---|
| Bradley J. Waller, Trustee | $ | 0.00 | $ | 3,455.68 | $ | 227.17 |
| Lee G. Schwendner, Accountant | $ | 0.00 | $ | 1,383.75 | $ | 0.00 |

5.      In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | none | | |

6.     Claims of general unsecured creditors totaling $38,665.92, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 56.87%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 1 | Original Home Improvement, Inc. | $ | 1,700.00 | $ 966.83 |
| 2 | Citibank USA, N.A. | $ | 171.24 | $ 97.39 |
| 3 | MBNA America Bank NA | $ | 1,169.90 | $ 665.35 |
| 4 | Jeffrey Lehr | $ | 35,624.78 | $ 20,260.61 |

7.     Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.     Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:
   a.     Residence
   b.     Checking and Savings Accounts
   c.     Household Goods
   d.     Wearing Apparel
   e.     100% S Corporation-Fleet Services Inc
   f.     Taylor Management Partnership
   g.     2003 Chevy 2500 Express Van
   h.     2005 Yamaha Grizzly 660
   i.     2002 Harley Davidson Motorcycle
   j.     1994 Cadillac Eldarado
   k.     1993 Ford

Dated:     **January 3, 2008**                    For the Court,

By:    **KENNETH S. GARDNER**
          Kenneth S.Gardner
          Clerk of the United States Bankruptcy Court
          219 S. Dearborn Street, 7th Floor
          Chicago, IL  60604

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1        Date Rcvd: Jan 03, 2008
Case: 06-06158               Form ID: pdf002             Total Served: 23
```

The following entities were served by first class mail on Jan 05, 2008.
```
db           +John Ford,    2004 Beldon Court,   Plainfield, IL 60586-4107
aty          +Patrick A Meszaros,    Law Offices Of Patrick A Meszaros,    1100 W. Jefferson Street,
              Joliet, IL 60435-6814
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
10753997      American General Finance,    P.O. Box 5110,   Carol Stream, IL 60197-5110
10753998     +Bill Me Later,    P.O. Box 105658,   Atlanta, GA 30348-5658
10754000     +Capital One,    P.O. Box 790216,   Saint Louis, MO 63179-0216
10754003     +Chase Home Finance,    P.O. Box 830016,   Baltimore, MD 21283-0016
10754004     +Cintas,    Fleet Services Corp.,   120 West Dekalb,    Joliet, IL 60436-1740
10943525     +Citibank USA, N.A.,    dba: The Home Depot,    PO Box 9025,   Des Moines, IA 50368-9025
10754005     +GMAC,    P.O. Box 9001952,   Louisville, KY 40290-1952
10754006     +Great Bank,    234 South Randall Road,   Algonquin, IL 60102-9706
10754007     +Harley-Davidson Credit,    8529 Innovation Way,   Chicago, IL 60682-0085
10754008     +Home Depot Credit Services,    P.O. Box 689100,   Des Moines, IA 50368-9100
10754009     +Home Depot Credit Services,    P.O. Box 6029,   The Lakes, NV 88901-6029
10754010     +Jeffrey Lehr,    14340 Dawnwood Ct.,   Homer Glenn, IL 60491-7568
10754011     +MBNA,    P.O. Box 15288,   Wilmington, DE 19886-5288
10963530     +MBNA America Bank NA,    Mailstop DE^-014-02-03,   POB 15168,   Wilmington, DE 19850-5168
10754012      Nextel Communications,    P.O. Box 6220,   Carol Stream, IL 60197-6220
10754013      Original Home Improvement, Inc.,    41513 Lincoln Avenue, Ste. 112,   Lisle, IL 60532
10754014     +Sprint,    PO Box 4191,   Carol Stream, IL 60197-4191
10754015     +TCF Bank,    101 E. 5th Street, Ste. 101,   Saint Paul, MN 55101-1898
10754016      Washington Mutual,    P.O. Box 1093,   Northridge, CA 91328
10754017     +Yamaha,    P.O. Box 703,   Wood Dale, IL 60191-0703
```

The following entities were served by electronic transmission.
```
NONE.                                                                       TOTAL: 0
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
10753999*    +Bill Me Later,    P.O. Box 105658,   Atlanta, GA 30348-5658
10754002*    +Capital One,    P.O. Box 790216,   Saint Louis, MO 63179-0216
10754001*    +Capital One,    P.O. Box 790216,   Saint Louis, MO 63179-0216
                                                                       TOTALS: 0, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2008**                           **Signature:**  *Joseph Speetjens*